# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-03922-FMO-DTB** Date: **October 7, 2026**

Title: **Isaiah Phelan v. San Bernardino County Sheriff Department, et al.**

===========================================================

**DOCKET ENTRY**

===========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On July 14, 2026, plaintiff Isaiah Phelan ("Plaintiff"), proceeding pro se, filed a Civil Rights Complaint ("Complaint"), as well as a Request to Proceed in Forma Pauperis ("IFP Application"). (Docket Nos. 1, 3). On August 4, 2026, the Court granted Plaintiff's IFP Application. (Docket No. 7).

On August 24, 2026, after screening the Complaint pursuant to 28 U.S.C. § 1915, the Court issued an Order Regarding Complaint ("Order"). (Docket No. 8). In its Order, the Court found that the Complaint was subject to dismissal and provided Plaintiff with several options regarding how to proceed. Plaintiff was ordered to choose one of those options within 30 days of the date of the Order, *i.e.*, September 23, 2026.

As of this date, Plaintiff has failed to choose one of options identified in the Court's Order. Accordingly, Plaintiff is ordered to show cause, in writing, no later than **November 6, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of Plaintiff's response to the Court's Order. Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**



Initials of Deputy Clerk rec